# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

OHIO FUNDING GROUP, INC., a
Michigan corporation; AUTO FINANCE
CENTER OF AMERICA, INC., a Michigan
corporation; N.A.F. CORPORATION, INC.,
a Michigan corporation; and DETROIT II
AUTOMOBILES, INC., a Michigan corporation,

        Plaintiffs,

v.                                         CASE NO.: 3:07cv209/MCR/MD

KEY AUTO LIQUIDATION CENTER, INC.,
a Florida corporation, ALAN SISKIND,
an individual, and ANTHONY "TED" CIANO,
an individual,

        Defendants.
_____/

## O R D E R

Pursuant to this court's Order entered May 20, 2008, Trustee Sherry Chancellor was directed to file a status report in this court within thirty (30) days regarding the status of the bankruptcy proceedings, including an explanation of the impact of those proceedings if any on the litigation before this court. The time for filing the report has passed and no report has been filed. Accordingly, it is

ORDERED:

1. Trustee Sherry Chancellor shall have **ten (10) days** from the date of this order to file the report as previously directed and to shall show cause why sanctions should not be imposed for failure to comply with an order of the court.

2. Failure to comply with this order will result with the imposition of sanctions.

**ORDERED** this 9th day of July, 2008.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**